IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 NOV -8 AM 10: 14

DEPUTY CLERK_____

DAVID BRYAN BALLARD,                      §
                                          §
        Petitioner,                       §
                                          §
v.                                        §          2:11-CV-0212
                                          §
RICK THALER, Director,                    §
Texas Department of Criminal Justice,     §
Correctional Institutions Division,       §
                                          §
        Respondent.                       §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On October 14,

2011, the United States Magistrate Judge issued a Report and Recommendation in this cause,

recommending therein that the habeas application be dismissed for lack of subject matter jurisdiction. As

of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of

record.

Having made an independent examination of the record in this case, the undersigned United

States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and

hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _____8_____ day of ____November____ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE